**Opinion filed June 8, 2023**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00212-CR
_____

## STEPHEN ANTHONY SOSA, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR26271**

---

### M E M O R A N D U M   O P I N I O N

Stephen Sosa, Jr., Appellant, waived a jury and entered an open plea of guilty to the third-degree felony offense of evading arrest. *See* TEX. PENAL CODE ANN. § 38.04 (West 2016). The trial court accepted Appellant's plea of guilty and the trial court assessed Appellant's punishment at confinement for a term of seven years in the Institutional Division of the Texas Department of Criminal Justice. We affirm.

Appellant's court-appointed counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously

examines the record and applicable law and states that she has concluded that this appeal is frivolous and without merit. Counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, and a copy of the clerk's record and the reporter's record. Counsel advised Appellant of his right to review the record and file a response to counsel's brief. Counsel also advised Appellant of his right to file a pro se petition for discretionary review in order to seek review by the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree with counsel that no arguable grounds for appeal exist.[1]

We grant counsel's motion to withdraw, and we affirm the judgment of the trial court.

W. BRUCE WILLIAMS
JUSTICE

June 8, 2023

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that Appellant has a right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.